IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00109-MSK-BNB

RONALD RICHARD CREIGHTON, JR.,

Plaintiff,

v.

THREE UNKNOWN GLENDALE POLICE OFFICERS,

Defendants.
_____

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**
_____

The plaintiff filed his Prisoner Complaint (the "Complaint") on January 23, 2006. The Complaint names as defendants "three unknown Glendale Police Officers." On March 29, 2006, I ordered the plaintiff to identify the defendants by name. On April 20, 2006, the plaintiff filed a motion to amend the complaint wherein he provides the names and addresses of the defendants. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. §1915 and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated May 2, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge