IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00109-MSK-BNB

RONALD RICHARD CREIGHTON, JR.,

Plaintiff,

v.

THREE UNKNOWN GLENDALE POLICE OFFICERS,

Defendants.
_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion to Amend Complaint** [docket no. 13, filed April 20, 2006] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED.

DATED: May 3, 2006